IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO (DAYTON)

| | |
|---|---|
| KEVIN STAYTE, | ) CASE NO: 3:17-cv-00188-WHR |
| Plaintiff, | ) JUDGE WALTER H. RICE |
| v. | ) MAGISTRATE JUDGE |
| WERNER CO., et al., | ) MICHAEL J. NEWMAN |
| Defendants. | ) **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The Court has read and considered the parties' "JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE" ("Joint Stipulation"). GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

(1) This Court shall retain jurisdiction over any future action to enforce the terms of the settlement;

(2) This complaint is dismissed in its entirety with prejudice;

(3) The parties shall bear their own costs and attorney's fees; and

(4) All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED THIS 25th DAY OF July, 2018.

_____
**HON. WALTER H. RICE**